[No. 25112-1-I. Division One. March 16, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
WYNNE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 89-1-00174-1, Michael F. Moynihan,

J., entered December 13, 1989. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Kennedy and Agid, JJ.